IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Hill Jr, Lee C | Case Number: 08 B 23057 |
| | Judge: Wedoff, Eugene R |
| Printed: 03/17/09 | Filed: 8/29/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 29, 2009
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,876.00 | |
| Secured: | | 1,752.20 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 123.80 |
| Other Funds: | | 0.00 |
| Totals: | 1,876.00 | 1,876.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Select Portfolio Servicing | Secured | 0.00 | 0.00 |
| 2. | RoundUp Funding LLC | Secured | 0.00 | 0.00 |
| 3. | BNSF Railway Credit Union | Secured | 0.00 | 0.00 |
| 4. | Santander Consumer USA | Secured | 20,000.00 | 1,752.20 |
| 5. | Select Portfolio Servicing | Secured | 4,485.20 | 0.00 |
| 6. | LaSalle Bank NA | Secured | 2,784.51 | 0.00 |
| 7. | GMAC Auto Financing | Unsecured | 281.06 | 0.00 |
| 8. | Peoples Energy Corp | Unsecured | 604.11 | 0.00 |
| 9. | Capital One | Unsecured | 367.65 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 1,545.32 | 0.00 |
| 11. | Santander Consumer USA | Unsecured | 1,112.55 | 0.00 |
| 12. | ECast Settlement Corp | Unsecured | 230.98 | 0.00 |
| 13. | Jefferson Capital Systems LLC | Unsecured | 1,379.71 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 382.22 | 0.00 |
| 15. | ECast Settlement Corp | Unsecured | 292.04 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 254.06 | 0.00 |
| 17. | GE Money Bank | Unsecured | 32.37 | 0.00 |
| 18. | Chase Bank USA NA | Unsecured | 292.04 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 325.46 | 0.00 |
| 20. | BNSF Railway Credit Union | Unsecured | 42.37 | 0.00 |
| 21. | Bank Of America | Unsecured | | No Claim Filed |
| 22. | Citi Cards | Unsecured | | No Claim Filed |
| 23. | GEMB | Unsecured | | No Claim Filed |
| 24. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 25. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 26. | Spiegel | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Hill Jr, Lee C | Case Number: 08 B 23057 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/17/09 | Filed: 8/29/08 |

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. Medical Collections | Unsecured | | No Claim Filed |
| 28. Visa | Unsecured | | No Claim Filed |
| 29. MRSI | Unsecured | | No Claim Filed |
| | | $ 34,411.65 | $ 1,752.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.6% | 123.80 |
| | $ 123.80 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*